# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN GOODENOUGH, PAT GLEBE, M FISHER, B BRAID,<br><br>    Defendants. | CASE NO. C14-1167 RJB-KLS<br><br>ORDER TO SHOW CAUSE |

The electronic file shows that plaintiff is an inmate currently housed at a work release facility. Dkt. 6. On August 1, 2014, plaintiff filed his complaint and a motion to proceed *in forma pauperis*. Dkt. 1. Plaintiff alleges a violation of his Eighth Amendment rights because he was not provided with glasses while he was housed at the Stafford Creek Corrections facility. Dkt. 1, proposed complaint.

The Clerk's Office sent plaintiff a deficiency letter informing him of the defects in his *in forma pauperis* application. Dkt. 2. Plaintiff corrected some of the defects in his application on August 12, 2014, but he has not supplied a six month accounting of his prison financial statement. Dkt. 4 and 6.

On August 14, 2014, the Clerk's Office sent plaintiff a second deficiency letter again telling him to submit his prison trust account statement and telling him to submit his account statement by September 15, 2014. Dkt. 5.

ORDER - 1

1     The undersigned will not consider plaintiff's application to proceed *in forma pauperis*

2 without the accounting statement. The statement is required by federal statute. *See*, 28 U.S.C.

3 1915(2).

4     Therefore, Mr. Rodreguez is **ORDERED** to provide the statement by **October 24, 2014,**

5 or advise the Court why he cannot provided the statement. If plaintiff does not respond to this

6 order the undersigned will recommend denial of the application to proceed in forma pauperis and

7 dismissal of the action if the filing fee is not paid within thirty days.

8     The Clerk shall send a copy of this Order to Plaintiff.

10     DATED this 24th day of September, 2014.

                                                      Karen L. Strombom
                                                      United States Magistrate Judge

ORDER - 2