UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>NORMAN GOODENOUGH, PAT GLEBE, M FISHER, B BRAID.<br><br>                Defendants. | CASE NO. C14-1167 RJB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

      The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

      Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1 | Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a
2 | waiver of any other cost(s) of litigation.

3 | The Clerk is directed to mail a copy of this Order to Plaintiff.

4 | Dated this 8th day of October, 2014.

                                Karen L. Strombom
                                United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2