UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN GOODENOUGH, PAT GLEBE, M FISHER, B BRAID,<br><br>　　　　　Defendants. | CASE NO. C14-1167 RJB-KLS<br><br>REQUEST FOR ADDITIONAL BRIEFING |

This matter has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.  This matter comes before the Court on Defendants' motion for summary judgment.  Dkt. 24.

This action involves Plaintiff's attempts to obtain prescription glasses at state expense while he was an inmate in the Washington State prison system.  The undersigned has reviewed Defendants' motion for summary judgment, and the remaining record.  The undersigned requests defendants to provide additional briefing addressing the issue of personal participation of the named defendants.  The summary judgment motion identified defendants as persons who responded to grievances or responded to kites for medical appointments.  Defendants do not clearly state if any named defendant played a part in examining plaintiff eyesight, refusing to schedule him to see an optometrist, or prescribing glasses for Plaintiff's alleged vision problems.

ORDER - 1

1  Before reaching the merits of this claim the Court needs to determine if proper defendants have
2  been named.
3      Defendants brief should be filed on or before March 27, 2015.  If plaintiff wishes to file a
4  response to this briefing he may do so on or before April 3, 2015.  The undersigned directs the
5  Clerk's Office to re-note defendants' motion for summary judgment (Dkt. 24), for April 10,
6  2015.
7      **Dated** this 6th day of March, 2015.

                                    Karen L. Strombom
                                    United States Magistrate Judge