UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>                Plaintiff,<br><br>  v.<br><br>NORMAN GOODENOUGH, PAT GLEBE, M. FISHER, B. BRAID,<br><br>                Defendants. | No. C14-1167 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 29), objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This case is **Dismissed Without Prejudice** for failure to prosecute pursuant to CR 1, Local Rules W.D. Wash. Defendants' motion for summary judgment (Dkt. 24) is **denied as moot.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 18th day of June, 2015.

                                            ROBERT J. BRYAN
                                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1